UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ALTON SHARAN SAPP, ) | |
| ) Case No._____ | |
| ) | |
| Plaintiff, pro se, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE PREMISES AND REAL PROPERTY ) | |
| WITH BUILDINGS, APPURTENANCES, ) | |
| AND IMPROVEMENTS AT 200 E 6TH St, ) | |
| WAYNESBORO, GEORGIA , THAT IS, ) | |
| ALL THAT TRACT AND PARCEL OF ) | |
| LAND, SITUATE IN THE TOWN OF ) | |
| WAYNESBORO, LEGALLY DESCRIBED ) | |
| AS BURKE COUNTY JUDICIAL CENTER ) | |
| ) | CV123-0028 |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S COMPLAINT IN REM**

Plaintiff Alton Sharan Sapp by and through his own representation (Pro Se Litigant), brings this complaint and allegation against real property located in Waynesboro, Georgia; at 200 East 6th Street, called Burke County Judicial Center. In accordance with-- Rule 64 under Title VIII (PROVISIONAL AND FINAL REMEDIES), RULE 70(b) of the Federal Rules of Civil Procedures, and Supplemental Rule G (2) of the Federal Rules of Civil Procedure for Admiralty, Maritime, and Foreclosure Actions, plaintiff alleges as follows:

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

### NATURE OF ACTION

1. This is a civil action *in rem* to forfeit, and condemn to the use and benefit of Alton Sharan Sapp the following real property as captioned above: (hereinafter the "Defendant property"), for violation of 48 U.S.C § 1983, and 28 U.S.C § 55.

### DEFENDANT IN REM

1. The defendant property consists of the following real property: **THE PREMISES AND REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS AT 200 E 6TH St, WAYNESBORO, GEORGIA , THAT IS ALL THAT TRACT AND PARCEL OF LAND, SITUATED IN THE TOWN OF WAYNESBORO, LEGALLY DESCRIBED AS BURKE COUNTY JUDICIAL CENTER.** The defendant property is currently being maintained in the Southern District of Georgia.

### JURISDICTION AND VENUE

1. Plaintiff brings this action *in rem* in his own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the Plaintiff concerning

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

defendant property seized, and currently located within its district pursuant to 28 U.S. Code § 1355,

2. This Court has *in rem* jurisdiction over the defendant property pursuant to 48 U.S. Code § 1983, 28 U.S.C § 55, Rule 64 under Title VIII (PROVISIONAL AND FINAL REMEDIES), and RULE 70(b) of the Federal Rules of Civil Procedures. Upon filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Rule 64(a)(b), Supplemental Rule G(3)(a), which the plaintiff will execute upon the property pursuant to 28 U.S.C § 1355(d) and Supplemental Rule G(3)(c).

3. Venue is proper in this district pursuant to 28 U.S. Code § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to 28 U.S.C. § 1395, because the defendant property is located in this district.

## BASIS FOR FORFEITURE

1. The defendant property is subject to forfeiture pursuant to 48 U.S. Code § 1983, 28 U.S.C § 55; because it constitutes property owned by an owner subject to a judgment lien entered pursuant to 28 U.S.C 55, Rule 64 under Title VIII (PROVISIONAL AND FINAL REMEDIES), and RULE 70(b) of the Federal Rules of Civil Procedures.; in a case involving the violation of § 1983. The defendant property is being forfeited as a means to satisfy the judgment lien that is owed to the Plaintiff, by the defendant property's owner. This Complaint is being submitted for the limited purpose of establishing the grounds for forfeiture, condemning the defendant property to the use and

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

benefit of the Plaintiff: Alton Sharan Sapp, and vesting of title of said defendant property to the Plaintiff as well. This Complaint sets forth those facts necessary to satisfy forfeiture requirements.

## FACTS

1. Two complaints for violation of civil rights lawsuits were filed against the defendant County of Burke on: July 5, 2022 and July 15, 2022 by the Plaintiff Alton Sharan Sapp. The case numbers were 1:2022cv00087-JRH-BKE, and 1:2022cv00078-JRH-BKE.

2. On July 5, 2022, July 15, 2022, and August 3, 2022; Default Judgments were entered against Defendant County of Burke, thus creating judgment liens against the defendant.(Pursuant to Rule 58, Fed.R.Civ.P)

    a. Those principal amounts:
        i. $100,000,000.00
        ii. $500,000,000.00
        iii. $863,250,000.00
        iv. $144,070,000.00

3. Writ of Executions concerning the judgment lien were filed, served, and executed in Augusta Georgia on the 3rd of August 2022 against the County of Burke in both of the cases mentioned above; by mail, to the clerk of court for the Augusta Division of the US District Court in the Southern District of Georgia, and subsequently filed to the electronic filing system.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

4. Service and notice of the judgment lien was then given by personally dropping off a copy of the default judgment, and writ of execution to the Burke County Tax Commissioner's Office in Waynesboro Georgia on 6/27/22. (See Exhibit 1)

5. By law, the Plaintiff is allowed the same protection under federal jurisdiction that the state law allows under state jurisdiction; when attempting to satisfy a judgment lien.

    a. Specifically, the County of Burke board of commission has been served notice of the judgment lien, and writ of execution by filing process with the Augusta division Federal clerk of court office, and by subsequent filing using the electronic filing system. As well, service given to the Tax Commissioner– concerning the judgment lien– was effectuated on behalf of all those parties involved, and subject to the lien itself. For the purpose of this complaint, the Plaintiff seeks to clarify that forfeiture and seizure of the defendant property is being filed, to pay off a judgment lien owed by the real property's owner (County of Burke). The value of the defendant property, minus cost to procure ownership of defendant property, will be credited to the County of Burke to pay down the judgment lien owed. The method of conveyance shall be using an instrument of conveyance granting title of the defendant property and in its entirety, to the Plaintiff: Alton Sharan Sapp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

### PRAYER FOR RELIEF

**WHEREFORE**, plaintiff prays that due process issue to enforce the forfeiture, and that the defendant property and all its appurtenances, improvements, and attachments be condemned as forfeited to the Plaintiff: Alton Sharan Sapp for disposition according to the law, and that the court enter a judgment for costs associated with the care of the defendant property pursuant to 48 U.S.C § 1983, and 28 U.S.C § 55. Plaintiff prays that Defendant be cited according to the law. As well, any other judgment deemed to be equitable, inequitable, and justly appropriate to secure the Plaintiff interest concerning the matter both expound upon herein this action, and not expound upon but inherently so.

Date Signed: 3/09/23

Respectfully Submitted,

*[signature]*

Alton Sharan Sapp
(Pro Se Litigant)
438 Lawson Road
Waynesboro, Ga. 30830
*sapp.alton719@gmail.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Alton Sharan Sapp

**DEFENDANTS**
The Premises and Real property with buildings, appurtenances, and improvements at 200 E 6th St., Waynesboro, Georgia, that is, all that tract and parcel of land, situate in the Town of Waynesboro, legally described as BURKE COUNTY JUDICIAL CENTER

(b) County of Residence of First Listed Plaintiff: **Burke**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Burke**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Alton Sharan Sapp   Pro Se

Attorneys *(If Known)*
Not Known

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | [x] 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights / 555 Prison Condition / 560 Civil Detainee - Conditions of Confinement | 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S. Code § 981 - Civil forfeiture IN REM

Brief description of cause:
In Rem Civil action against Burke County judicial center, to pay of a judgment lien against the owners

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 3/10/23

SIGNATURE OF ATTORNEY OF RECORD: *Alton Sapp*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Alton Sharan Sapp
438 Lawson Road
Waynesboro, GA. 30830



AUGUSTA GA
MAR 2023 PM

B.C.

United States District Court
Southern District of Georgia
Federal Justice Center
P.O. Box 1130
Augusta, GA. 30903