AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALTON SHARAN SAPP,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 123-028

THE PREMISES AND REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS AT 200 E. 6TH STREET, WAYNESBORO, GEORGIA,

        DEFENDANT.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's May 24, 2023 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, Plaintiff's complaint is dismissed. This case stands closed.



| 5/24/2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020